THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>LORN COATINGS LLC, *et al.*,<br><br>Defendants. | CASE NO. C26-0803-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulated notice of dismissal as to The North River Insurance Company (Dkt. No. 14). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." No such order is required because under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is self-executing.[1] Thus, in accordance with the stipulation, claims between Plaintiffs and this defendant are DISMISSED with prejudice and without an award of costs. This dismissal has no impact on claims against the

---

[1] Although Rule 41 governs dismissal of an "action," the Ninth Circuit has held that a "plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

MINUTE ORDER
C26-0803-JCC
PAGE - 1

remaining defendants in this action.

So DATED this 29th day of April 2026.

Joshua C. Harris
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C26-0803-JCC
PAGE - 2