THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LORN COATINGS LLC, *et al.*,<br><br>Defendants. | CASE NO. C26-0803-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulation for dismissal as to Defendants Prospect Construction, Inc., King County Wastewater Treatment Division, and Liberty Mutual Insurance Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 25). In accordance with the stipulation, claims between Plaintiffs and these Defendants are DISMISSED with prejudice and without an award of costs. This dismissal has no impact on claims against the remaining Defendants in this action.

DATED this 6th day of August 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk